BUZZEO v. CANAVAN BROS. CO. (Supreme Court, Appellate Division, First Department. Dec. 20, 1912.) Appeal from Trial Term, New York County. Action for personal injuries by Pasquale Buzzeo against the Canavan Bros. Company. From a judgment dismissing the complaint at the close of the case, plaintiff appeals. Reversed and new trial ordered. Rosario Maggio, of New York City, for appellant. William A. Jones, Jr., of New York City (Alden S. Crane, of New York City, of counsel), for respondent.

PER CURIAM. We think that disputed questions of fact are presented by this record which required submission of the issues to the jury. The dismissal of the complaint, therefore, was error. The judgment appealed from should therefore be reversed, and a new trial ordered, with costs and disbursements to the appellant to abide the event.

CALLAN v. CALLAN et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Philip Callan against Peter Callan and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

CAMPBELL, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Louis Campbell against Arden L. Norton. No opinion. Judgment and order unanimously affirmed, with costs.

CARMODY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Michael Carmody against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 146 App. Div. 400, 131 N. Y. Supp. 160.

CARPENTER, Appellant, v. OUTDOOR NEWS CO., Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Warwick Carpenter against the Outdoor News Company. G. H. Black, Jr., for appellant. C. P. Howland, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CARROLL, Appellant, v. HUBENER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by John A. Carroll against Louis A. Hubener and others. N. Cohen, of New York City, for appellant. E. C. Sherwood, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CARSTENSEN, Appellant, v. CARSTENSEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Elise Carstensen against Henry Carstensen. No opinion. Order affirmed, without costs.

CASCADE HOTEL CO. v. ORLEANS REAL ESTATE CO. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by the Cascade Hotel Company against the Orleans Real Estate Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1054.

CASEY, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by John Casey against Charles I. Baker. No opinion. Judgment and order unanimously affirmed, with costs.

CATHOLIC FOREIGN MISSIONS SOCIETY OF AMERICA, Inc., v. OUSSANIE et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by the Catholic Foreign Missions Society of America, Incorporated, against Joseph Oussanie and others. No opinion. Appeal dismissed, without costs.

CENTRAL NEW ENGLAND RY. CO., Respondent, v. MORRISON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Central New England Railway Company against Agnes Morrison and others. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 138 N. Y. Supp. 1110.

CENTRAL NEW ENGLAND RY. CO., Respondent, v. MORRISON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Central New England Railway Company against Agnes Morrison and others. No opinion. Motion denied, and temporary stay vacated, without costs. See, also, 138 N. Y. Supp. 1110.

CHARLES HENSLE REALTY CO. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Charles Hensle Realty Company against the City of New York. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. Arthur E. Gunn v. Jas. A. Henderson; People ex rel. Geo. F. Lecron v. Jas. Creelman; People ex rel. Wm. A. Rose v. Cyrus C. Miller; People ex rel. Chas. H. Topping v. Wm. A. Prendergast; Barbara Schneider v. City of New York. No opinions. Motions granted, with $10 costs. Orders filed.

CHEW, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division,